**Opinion filed November 21, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00208-CV
_____

## PERKINS & WILL-CRA LLC, Appellant

## V.

## MIDLAND COUNTY HOSPITAL DISTRICT, Appellee

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CV59430**

## M E M O R A N D U M   O P I N I O N

This interlocutory appeal arises from the trial court's order denying Appellant's motion to dismiss Appellee's claims for failure to file a certificate of merit. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 150.002(e), (f) (West Supp. 2024). We previously stayed proceedings in the trial court pending the outcome of this appeal. Appellant subsequently filed an unopposed motion to dismiss this appeal, "announc[ing] to the Court that Appellant and Appellee have resolved all claims between and among them." *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we grant Appellant's motion and dismiss this appeal. This court's order staying proceedings issued on August 6 is hereby withdrawn.


JOHN M. BAILEY
CHIEF JUSTICE


November 21, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.